IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| STANFORD | : | 02-3874 |
| RAYMOND | : | 02-3880 |
| LOVE, et al. | : | 02-3912 |
| JAY, et al. | : | 02-3923 |
| JOHENGEN, et al. | : | 02-3943 |
| MCDONALD | : | 02-3963 |
| CRISOSTOMO | : | 02-3982 |
| SANTOS | : | 02-4106 |
| TRACEY, et al. | : | 02-4115 |
| COSENZA | : | 02-4146 |
| HOOD, et al. | : | 02-4154 |
| PICKNER | : | 02-4213 |
| BROWN, et al. | : | 02-4224 |
| EWING, et al. | : | 02-4226 |
| RIGEL, et al. | : | 02-4259 |
| SANTOS | : | 02-4284 |
| GARCIA | : | 02-4311 |
| EVANS, et al. | : | 02-4316 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]   -   Order staying these proceedings pending disposition of a related action.

[ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[ ]   -   Interlocutory appeal filed.

[ X ]    -    Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Bruce W. Kauffman, Judge**