IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD STANFORD, III | : | |
| | : | |
| | : | CIVIL ACTION NO. 02-CV-3874 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____          _____
Hope S. Freiwald                                              Aline Fairweather


_____          _____
Alison T. Conn                                                Kirstin J. Miller


Dated: July _____, 2002          DECHERT PRICE & RHOADS
                                                  4000 Bell Atlantic Tower
                                                  1717 Arch Street
                                                  Philadelphia, PA  19103-2793
                                                  (215) 994-4000